UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Ermin S., | Case No. 26-cv-0200 (LMP/DLM) |
| Petitioner, | |
| v. | **ORDER** |
| Crow Wing County Jail and United States of America, | |
| Respondents. | |

---

This matter is before the Court on Petitioner Ermin S.'s Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Doc. 1 ("Petition")). Ermin S. is currently detained at the Crow Wing County Jail, and the Petition challenges his continued detention by immigration authorities. (*See, e.g.*, *id.* at 6.[1]) Specifically, Ermin S. argues that he is being detained in violation of 8 U.S.C. § 1226(a); he contends that he has been denied a bond hearing and that the statute requires an individualized determination of whether detention is necessary. (*See id.*)

But the Court takes judicial notice of the fact that Ermin S. appears to have been involved in a prior matter in this District—specifically, Case No. 22-CV-0750 (ECT/BRT) (D. Minn.). In that prior matter, Ermin S. indicated he was subject to a final order of removal. (*See, e.g.*, Doc. 1 at 4 in No. 22-CV-0750.) This distinction matters because the

---

[1] References to the Petition use the page numbers provided by the District's CM/ECF electronic-filing system.

authority for detention changes once a removal order becomes final. Section 1226 applies while a decision is pending on removal, but 8 U.S.C. § 1231 applies to those with a final order of removal. The Petition's claims about bond hearings under § 1226(a) may therefore be subject to dismissal.

Within 21 days of this Order, Ermin S. must submit a response showing cause why the Court should not deny the Petition and dismiss this action. This response must explain why he believes he remains detained under 8 U.S.C. § 1226(a) instead of 8 U.S.C. § 1231, given the final order of removal. If Ermin S. does not respond within the allowed time, the Court may recommend dismissing this action without prejudice for failure to prosecute.

**SO ORDERED.**

Date: February 18, 2026                    *s/Douglas L. Micko*
                                           DOUGLAS L. MICKO
                                           United States Magistrate Judge